■ BANCO DO BRASIL, S. A., Appellant, v. A. C. ISRAEL COMMODITY CO., INC., Respondent, et al., Defendants.— Order entered on March 28, 1961, vacating a warrant of attachment, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ ARMANDO APONTE, Appellant, v. ROVEN TAXI, INC., et al., Respondents.— Order entered on January 9, 1961, denying plaintiff's motion for reconsideration of a previous denial of a preference under rule V of the Rules of the New York County Supreme Court Trial Term Rules, unanimously affirmed, with $20 costs and disbursements to the respondent, John Maldonado. No opinion. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ GWENDOLYN T. FRANK, Respondent, v. ALAN I. W. FRANK, Appellant. — Order entered on February 9, 1961, awarding temporary alimony to the plaintiff in the sum of $300 weekly, and counsel fees in the sum of $3,000 without prejudice to an application to the trial court for an additional allowance, unanimously affirmed, with $20 costs and and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ In the Matter of SHELL OIL COMPANY, Respondent, v. TRANSPOLLUX CARRIERS CORPORATION, Judgment Debtor, and OVERSEAS INVESTORS, INC., Third-Party Appellant.— Order entered on February 28, 1961, denying its motion to set aside the third-party subpœna served upon it by respondent, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ ALBERT KAUFMAN et al., on Behalf of Themselves and All Other Stockholders Similarly Situated and on Behalf and in the Right of MERRITT-CHAPMAN & SCOTT CORPORATION and NEW YORK SHIPBUILDING CORPORATION, Respondents, v. ROBERT C. BAKER et al., Appellants, et al., Defendants.— Order, entered on February 15, 1961, insofar as it grants plaintiffs' motion for an examination before trial of certain individual defendants, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ In the Matter of B. COLE ESTATES, INC., Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent, and ELIZABETH BYRD, Intervenor-Respondent.— Order, entered on November 2, 1960, denying petitioner's application to review and set aside an order of the State Rent Administrator, under article 78 of the Civil Practice Act, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Eager, JJ.

■ FELIX RUSSO, Respondent, v. CITY OF NEW YORK et al., Appellants.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Eager, JJ.